HARRISON W. STEARNS ET AL., APPELLEES, V. NA-
TIONAL BUILDING, LOAN & PROTECTIVE UNION
OF MINNEAPOLIS, APPELLANT.

FILED NOVEMBER 20, 1894.   No. 5737.

Building and Loan Associations: FORFEITURE: CANCELLA-
TION OF MORTGAGES: FORECLOSURE: ACCOUNTING: PAYMENTS
ON STOCK.   For syllabus see *Randall v. National Building, Loan
& Protective Union* 42 Neb., 809.

APPEAL from the district court of Hall county.   Heard
below before HARRISON, J.

*W. A. Prince* and *George D. Emery*, for appellant.

*M. Randall, contra.*

IRVINE, C.

This case is similar in all respects to that of *Randall v.
National Building, Loan & Protective Union*, 42 Neb., 809,
and the decree is for the same reasons

AFFIRMED.

HARRISON, J., not sitting.